# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**BUILDING TRADES UNITED PENSION TRUST FUND, et al.,**
      **Plaintiffs,**

  v.                                                                **Case No. 07-C-0690**

**BOWMAN PLASTERING,**
      **Defendant.**

---

## MEMORANDUM

Civil Local Rule 41.2 (E.D. Wis. 2001) states that

[i]n all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 20 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

This case was filed on July 27, 2007. Defendant was served on August 25, 2007, as evidenced by a return of service filed with the court on September 6, 2007. Six months have expired since the filing of the complaint, yet to date defendant has not answered and plaintiffs have not moved for default judgment.

Therefore, plaintiffs are put on notice that the court on its own motion shall dismiss this case without prejudice after twenty days from the date of this memorandum unless within that time plaintiffs take sufficient action to prosecute this case.

Dated at Milwaukee, Wisconsin, this 11 day of April, 2008.

                                                      /s_____
                                                      LYNN ADELMAN
                                                      District Judge